IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
ABERDEEN DIVISION

LARRY SUMPERT and
JOYCE SHUMPERT                                                                    PLAINTIFF

VS.                                                    CIVIL ACTION NO. 1:16cv044-SA-DAS

SAFEWAY INSURANCE COMPANY and
JOHN DOE DEFENDANTS 1-5                                                    DEFENDANTS

ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

IT IS ORDERED that this action be dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 14th day of September, 2017.

                                                  /s/ Sharion Aycock
                                                UNITED STATES DISTRICT JUDGE